EXHIBITS

EXHIBITS

A

A



# St. Vincent's Hospital Westchester

## A Division of Saint Joseph's Medical Center

July 3, 2014

United States Federal Court
Judge Nelson Roman
300 Quarropas St.
White Plains, NY 10601
Ref. Edward A. Morales Vs. SUNY; No. 13-CV-2586

Dear Sir,

I have been treating Mr. Morales here at St. Vincent's Outpatient Mental Health clinic since 1/17/14. I am his primary Mental Health Therapist here. He has asked me to document his diagnoses, progress in treatment, opportunities to reach a positive resolution, and recommendations I may have for him going forward. Please know that Mr. Morales sought out treatment on his own and was not mandated. Also know that he has been cooperative, honest, insightful, and vulnerable in his use of treatment here. He has followed all the suggestions both therapeutically and with regards to medicine.

However, the stress Mr. Morales has endured and continues to endure includes nightmares, depression, irritability, anger, panic attacks, lack of motivation, inability to concentrate, exacerbation of physical symptoms including spinal pain, which may be related to his disabling spinal injuries.

It is my opinion that a speedy and equitable solution either through the Court's judgment or through mediation would be very beneficial to Mr. Morales's healing and improvement of his symptoms. It is clear that he was a victim of unnecessary hardship, discrimination, negative retaliation, possibly bullying, and improper arrest that has taken a huge toll on him psychologically and physically. In my humble opinion, a favorable and fair resolution would greatly benefit Mr. Morales and the restoration of his mental and physical health. In addition, it is my belief that proper enforcement of policies and procedures that are designed to protect and uphold individual rights will be strengthened and prevent tragic outcomes. Clearly, Mr. Morales and his family have suffered.

My recommendation would be to have a swift and fair resolution in favor of Mr. Morales's health and positive recovery. It is clear he has endured much, has stated his case honestly and thoroughly. In addition, it is my duty to report that actions on cases like Mr. Morales must be evaluated and acted on in a more constructive and positive manner. Failure to do this could result in and increase in school violence. It is important to know and, is in my professional opinion, that Mr. Morales is not a danger to others. Due to the severity of his post traumatic stress disorder, he has verbalized some suicidal ideation which is consistent with his hardship.

Mr. Morales and I firmly agree that he may never be able to return to school after the hardship he has endured. Part of his treatment would be to avoid anything, place or person that might re-traumatize him.



# St. Vincent's Hospital Westchester

## A Division of Saint Joseph's Medical Center

Steps should be take to avoid future incidents that may lead to tragic outcomes. I would like to add Mr. Morales is of a good character, religious, ethical, moral, and deserves the best for his life and health.

Respectfully,

David Daly, LCSW-R, CASAC
Mental Health Therapist
Outpatient Mental Health Services
St. Vincent's Hospital Westchester

7/3/14

SAURABH KAUSHIK, M.D.
LICENSE: 272436
NPI: 1073699781
DEA: FK3799989

B

B

Case 7:13-cv-02586-ER   Document 3-2   Filed 04-16-13   Page 7 of 28

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: April 2, 2013
Claim Number: 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HA

013553 1 AB 0.384 0086 TN T24 PC7 0325

EDWARD ADRIAN MORALES
APT 2M
110 N 3RD AVE
MT VERNON NY 10550-1843

As you requested, beginning April 2013, we will send any Social Security payments to your:

- financial institution, or
- new account at the same financial institution.

If you changed accounts, you should keep the old account open until we send a payment to the new account. It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send you letters. Also, let us know if you change the bank account where we send your payments.

## What We Will Pay And When

- You will receive $755.00 for April 2013 around May 3, 2013.

- After that you will receive $755.00 on or about the third of each month.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-855-210-1026. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
STREET LEVEL
85 HARRISON ST
NEW ROCHELLE, NY 10801



C

See Next Page

C

C



For: Erin Peters, Assistant Director of Transfer Admissions

Fax number:  518-564-2045

From:  Melissa Jones, Community Standards Purchase College, S.U.N.Y.

Fax number: (914) 251-6034

Date:  January 9, 2014

Regarding:   Edward Morales – Additional Documents

Number of pages:  29 (including cover)

Comments:  **CONFIDENTIAL**

Per our conversation on January 7, 2014, please find the additional information that was requested regarding reports related to Edward Morales's disciplinary action for the review board.


If you have questions, please feel free to contact me at (914) 251-6033



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Road
Purchase, NY 10577-1400

tel   914 251 6030
fax   914 251 6034

January 9, 2014

Erin Peters
Assistant Director for Transfer Admissions
State University of New York at Plattsburgh
101 Broad Street
Plattsburgh, New York 12901

RE: Edward Morales Release of Disciplinary Records

Dear Ms. Peters:

I am attaching the following explanation regarding whether the applicant, Edward Morales, has been subject to disciplinary action while in attendance at Purchas College, S.U.N.Y., during his attendance between the Fall 1998 – Spring 2013 semesters.

Mr. Morales was found responsible for F.6 (failing to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized activity) on October 24, 2011 and was sanctioned to a disciplinary reprimand. Please reference Student Affairs Incident #342 for additional information.

Mr. Morales was found responsible for plagiarism on October 26, 2011 and assigned a permanent F for the course "SPA 3800: Translation Workshop Spanish." Please reference the report entitled "Academic Integrity Notification Form" for additional information

Mr. Morales was found responsible for F.3 (violates a no contact order issued by the college) on July 24, 2012 and sanctioned to disciplinary probation through July 24, 2013. Please reference Student Affairs Incident #1132 for additional information.

Mr. Morales was found responsible for D.3 (damages, defaces, destroys, or tampers with property owned by the college or in possession of another person), C.3 (threatens, harasses, or intimidates), F.1 (fails to respond to the reasonable request of college officials who are acting within their authority) on March 20, 2012 and sanctioned to disciplinary probation through July 24, 2014. Please reference Student Affairs Incident #1749 and University Police Report #590-13 for additional information.

Mr. Morales was found responsible for F.3 (violates a no contact order issued by the college), C.3 (threatens, harasses, or intimidates), and F.6 (failing to respect the ongoing legitimate functions of classes, meetings, office procedures, study, sleep, or any authorized activity) on April 3, 2013 and sanctioned to suspension effective April 8, 2013 at 1 pm through August 1, 2013. Please reference Student Affairs Incident #2090 and University Police Report #1559-13 for additional information.

It should also be noted that Mr. Morales is currently declared Persona Non Grata from the State University of New York at Purchase College due to pending disciplinary action from an incident reported on August 15, 2013. In turn, Mr. Morales may not at any time for any purpose be present on campus. Please reference University Police Report #3111-13 for additional information.

If you require any additional information, please feel free to contact me at (914) 251-6033.

Sincerely,

Melissa Jones
Director for Community Standards

**Santos, Denny**

| | |
|---|---|
| **From:** | sandee.maung@purchase.edu |
| **Sent:** | Wednesday, October 19, 2011 12:41 PM |
| **To:** | Santos, Denny |
| **Subject:** | Please complete Initial Conference.  schedule it up here, using the hearing room, which is rm 322 |

**Follow Up Flag:** Follow up
**Flag Status:** Flagged



**Purchase College**
STATE UNIVERSITY OF NEW YORK
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 342    Report Number: 342

**INCIDENT TYPE**
Other

**INCIDENT TOOK PLACE**
Date: 10/18/2011    Time: 04:55 PM
Location: New Student Services,Room 317

**REPORT**
Date Submitted:  10/19/2011  Position: Staff  Filed By: Melissa Jones  CID: ▮▮▮▮▮▮  Building: Student Services  Room: 312  Work Phone  (914)251-6033

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales   CID: ▮▮▮▮▮▮

**WITNESS TO INCIDENT**
Name: Sandee  Maung  CID: 0  Building:Student Services  Room:317  Work Phone  9142516027

**POLICE REPORT INFO**
[x] No police report

**INCIDENT DESCRIPTION**

On Tuesday, October 18, 2011 at approximately 4:55 pm, I was meeting with Sandee Maung and two paraprofessionals when a student, now identified as Edward Morales, interrupted the meeting. He stated to the group that he needed to use a phone to fax important documents prior to 5 pm and did not have a cell phone. I looked at Sandee and we both agreed that UPD would be the best place for him to have access to a phone and relayed this information to Edward. He looked at Sandee and I and said, "No. I already came from there. They sent me here." He continued to say how he has been sent all over the campus and just needed a phone. Sandee explained that we needed more information and asked him who he needed to call. He avoided answering this question and said with a firm and slightly paniced voice that he needed a phone to call for documentation requested by the school. Sandee and I told him we understood but that we needed more information. Then Sandee or I asked who needed the documentation and that they should allow him to use their phone. He started to become irrate and continued raising his voice about how unhelpful this campus is and how everyone is angry. Sandee then explained that we were trying to help but could not just allow him to use our phones and that he should go back to the department that sent him. At that point, one of the paraprofessionals asked how long his call would be and Edward stated 2 mintues and that he just needed to fax something. The student then offered to let him use his cell phone. At that point, Edward gestured toward the student and said, "See such a nice young man willing to help." He then looked at Sandee and said, "Will you let me use your phone? Yes or no." Again, his tone was assertive, irritable, and slightly aggressive. Sandee looked at him and said, "No, we cannot just let you use our phones, you need to go back to the department requesting the material." At that point, Edward requested Sandee's card and told her he was filing a complaint across the street. He left without using the student's cell phone.

While I cannot recall every aspect of the conversation, I do know that as Sandee and I asked questions of Edward to better understand the situation, he became more and more visibly irated and frustrated. His tone also continued to escalate and create an uncomfortable and uncertain situation, since I could not fully understand what assistance he needed and for what purpose.

**DISCLAIMER**

[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.

[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.

[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

**SIGNATURE**
melissa.jones Date: 10/19/2011

**ATTACHED FILES**
No file(s)



**Purchase College**
STATE UNIVERSITY OF NEW YORK
Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 342    Report Number: 343

**INCIDENT TYPE**
Other

**INCIDENT TOOK PLACE**
Date: 10/18/2011    Time: 04:50 PM
Location: Student Services,317

**REPORT**
Date Submitted:  10/19/2011  Position: Staff  Filed By: Sandee Maung   CID: ███████  Building: Student
Services  Room: 317  Work Phone  (914)251-6027

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales   CID: ███████

**WITNESS TO INCIDENT**
Name: Alejandro Ceballos  CID: ███████  Building:  Room:  Cell Phone ███████

Name: Melissa Jones   CID: 0  Building:Student Services  Room:312  Work Phone  9142516033

Name: Victoria Stern  CID: ███████  Building:  Room:  Cell Phone ███████

**POLICE REPORT INFO**
[x] No police report

**INCIDENT DESCRIPTION**
On Tuesday, October 18, 2011 at 4:50pm, Melissa Jones and 2 RA's were meeting to discuss a program that
would occur next week. Edward Morales walked by the door and said he needs to use the phone right now
because there are documents that he needed to (either send or receive) by 5:00pm. He said that every office has
sent him all over the place and sent him here to use the phone and he just wants to use the phone because he
does not have a cell phone. I looked at Melissa and Melissa looked at me and then looked at Edward and said
what office sent you here? I am not 100% sure but I believe he said, "do you hear me? I said I need to use the
phone, I have to do this before 5:00pm, all I want is to use the phone, and nobody is letting me use the phone. I
then asked what is the phone call in regards to.  And he replied that he needs to use the phone for documents
and why doesnt anyone let him use the phone and that he is a student and he wants to use the phone now.
Melissa then looked at me and asked where he could he use a public phone.... maybe UPD?  Then she looked
towards his way and we both said UPD, and Victoria Stern the RA said yes, you should be able to access the
phone at UPD. He then said NO, I dont want to use the phone at UPD, UPD, sent me here.  I want to use the
phone now. He then began pacing in agitation and he said I dont understand why everybody is so unhelpful.

3

This school asks for documents and now to give them the documents you are asking for, you wont let me use the phone. Then Melissa asked him, which office is asking you for documents. He then responded, Why do you have an atitude? Why does everyone have an attitude. I then said, we just want to know which office is requesting you to get these documents, because maybe they can allow you to use their phone. He said, NO, its already almost 5pm. I need to get this done by 5:00pm. He then looked at me and said Are you in charge here? I said no I am not in charge here. He said well who is in charge here? Then before I can answer he started getting very upset and yelling and saying he demands to use the phone now and then he asked me for my business card to which I then gave him. He said he is going to press charges and that everyone is so unhelpful and is this how we treat students to now allow them to use the phone. Alejandro then said, how long is the phone call for. Then Edward responded only a few minutes. I just need to get something (either faxed or to receive- I am not sure which one he said). Then Alejandro said, just use my phone. Then Edward looked at me and said you see? You see, even he so nice to let me use your phone. but you, you wont let me use the phone. I am going to press charges, and he then left very angrily.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
sandee.maung Date: 10/19/2011

## ATTACHED FILES
No file(s)

## ACADEMIC INTEGRITY NOTIFICATION FORM

Name of Student: EDWARD MORALES          Campus Box:

Mailing Address: ████████████████████████████████████

I have detected what may be a violation of Purchase College's Academic Integrity Policy (available at www.purchase.edu/Policies/academicintegrity.aspx)

Name of Instructor: MARC BRUDZINSKI     Date: SEPT. 30 2011

Campus Email: marc.brudzinski@purchase.edu   Tel.: X6561

Campus Office: Building Humanities          Room Number: 2013

Course Number & Title: SPA 3820 : Translation Workshop Spanish

Description of Alleged Violation (attach additional pages, if needed, and copies of documentation):

Please see attached.

I have scheduled an initial Conference to discuss the alleged violation with you in my office, listed above, on:
(day and date) Oct. 4, 2011 (Tuesday) _____ at (time) 4:45

If you have a conflict and need to reschedule, you must call or email me immediately. Be sure to leave a message if I am not available.

If you fail to appear at the time and place stated above or to make alternate arrangements, the above description of the alleged violation will be considered true and accurate, and you will waive your right to a hearing before the Academic Integrity Committee. For further information, please contact me or consult the Purchase College Academic and Professional Integrity Policy available at www.purchase.edu/Policies/academicintegrity.aspx.

cc:     Instructor
        Student
        Rich Nassisi, AIC Chair

6/09

It looks like Edward Morales plagiarized large parts of his translation of a poem by José Luis Borges for assignment 2.1 in SPA3800. More precisely, it looks like he used the translation by Ezequiel Zaidenwerg published on the blog whose URL is the following as the basis for his translation, changing only a few words:

http://spanishpoems.blogspot.com/2006/12/jorge-luis-borges-two-english-poems.html

Following my explanation below, please find attached:

-The original poem by Borges as distributed to the class
-a copy of Zaidenwerg's translation as it appears on the blog whose URL is given above
-Edward's submitted translation.

There are three main kinds of evidence to support my contention of plagiarism:

1.

Edward included, as part of his translation, paratextual material from the blog that is not part of the assigned poem. The translation on the blog has the line: "Etiquetas: J. L. Borges"
This means "Tags: J. L. Borges" -- "tags" is a word that would only be used on a blog. It makes no sense in English or in Spanish unless you're talking about a blog. Edward includes the phrase in Spanish as part of the translated poem that he submitted for the class. This makes no sense unless he simply cut and pasted it from the blog, where it appears exactly that way because the rest of the blog is in Spanish.

2.

In the text itself, Edward uses many surprising turns of phrase that are the same turns of phrase used by Ezequiel Zaidenwerg. Two examples:

a.

Borges's original:
*The surge, that night, left me the customary shreds and odd ends: some hated friends to chat with, music for dreams, and the smoking of bitter ashes*

Zaidenwerg's translation:
*La marea, esa noche, me dejó los jirones y retazos disjuntos de costumbre: algunas amistades que odio, para charlar; música para sueños; la humareda de cenizas amargas.*

Edward's translation:
*La marea, esa noche, me dejó los jirones y retazos disjuntos como costumbre:*

*algunas amistades odiosas, para charlar; música para sueños;*
*la humareda de cenizas amargas.*

N.B.:

-The replacement of "and" with a semicolon before "la humareda"
-The translation of "friends to chat with" as "amistades [comma] para charlar" (the comma is what necessitates the semicolon)

b.

Borges's original:
*The useless dawn finds me in a deserted streetcorner; I have outlived the night.*
*Nights are proud waves; darkblue topheavy waves*

Zaidenwerg's translation:
*El alba inútil me sorprende en una esquina desierta; sobreviví a la noche.*
*Las noches son como olas orgullosas; olas azul oscuro, de pesadas crestas,*

Edward's translation:
*El alba inútil me sorprende en una esquina desierta; sobreviví a la noche.*
*Las noches son como olas orgullosas; olas de azul oscuro, de pesadas crestas,*

N.B.

-The translation of "finds" as "sorprende"
-The change of the night/waves metaphor to a simile
-The translation of "topheavy waves" as "olas [...] de pesadas crestas"

3.

Some words have been changed between Zaidenwerg's published translation and Edward's submitted translation. But the rest of the sentence syntax was not changed in response to the changed word. One example:

Borges's original:
*of things half given away, half withheld*

Zaidenwerg's translation:
*de cosas que se dan por la mitad y a medias se retienen*

Edward's translation:

*de cosas dadas por la mitad y por la mitad se retienen*

N.B.

Edward seems to have changed the verbal phrase "que se dan" used by Zaldenwerg to the participial adjective "dadas," but leaving the other verb in the parallel structure in its verb form ("se retienen" instead of the participial adjective "retenidas"). The sentence resulting from this partial change does not make sense in the way that the original makes sense or Zaldenwerg's translation makes sense; it reads like a word was changed without thought to the rest of the sentence.



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 1132   Report Number: 1132

**INCIDENT TYPE**
Other

**INCIDENT TOOK PLACE**
Date: 6/19/2012    Time: 10:36 PM
Location: Other, Via Email

**REPORT**
Date Submitted:  6/20/2012  Position: Staff  Filed By: Maryalice Balascio  CID: ▓▓▓▓▓▓▓
Building: Student Services  Room: 320  Work Phone  (914)251-7988

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales  CID: ▓▓▓▓▓▓  Building: ▓▓▓▓▓▓▓  Room: ▓▓▓▓  Cell Phone
▓▓▓▓▓

**WITNESS TO INCIDENT**
Name: Emily Balcom  CID: 0  Building: Student Services  Room: 3rd floor  Work Phone
9142516320

Name: John Delate  CID: 0  Building: Student Services  Room: 3rd floor  Work Phone  9142516320

Name: Tori Galatro  CID: ▓▓▓▓▓▓▓

Name: Melissa Jones  CID: 0  Building: Student Services  Room: 3rd floor  Work Phone  9142516033

Name: Angela Kang  CID: 0  Building: The Olde  Room: J21  Work Phone  9142513170

Name: Denny Santos  CID: 0  Building: Big Haus  Room: A18  Work Phone  9142517040

## POLICE REPORT INFO
[x] No police report

## INCIDENT DESCRIPTION
On Tuesday, June 19, 2012, I was sent an email from Edward Morales regarding his no contact order with Tori Galatro. Mr. Morales also sent that email to Tori Galatro, which is a violation of his no contact order.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
quiqui.balascio Date: 6/20/2012

## ATTACHED FILES
File Creation Date: 6/20/2012 11:12:08 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 1
File Creation Date: 6/20/2012 11:12:16 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 2
File Creation Date: 6/20/2012 11:12:22 AM File Created By: quiqui.balascio
File Description: Edward Morales Email p. 3



## Purchase College
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 1749    Report Number: 1749

**INCIDENT TYPE**
Inappropriate Conduct, Vandalism

**INCIDENT TOOK PLACE**
Date: 2/6/2013    Time: 07:00 PM
Location: The Commons, k1-2

**REPORT**
Date Submitted:  2/7/2013  Position: Student  Filed By: Christopher Derosa  CID: ████████
Building: ████████     Room: ████   Cell Phone ████████████

**PERSONS ALLEDGLY INVOLVED**
Name: Eduardo Morales  CID: 0  Building: ████████     Room: ████   Cell Phone ████████████

**WITNESS TO INCIDENT**
Name: Dan Costello  CID: ████████   Building: ████████   Room: ████   Cell Phone
████████████

**POLICE REPORT INFO**
[x] No police report

**INCIDENT DESCRIPTION**
On 2/6/13 I got home from work to find a 53 year old man on my couch. Without notification Eduardo and my old roommate Einstein Correa swapped rooms. Without my consent Eduardo rearranged the apartment and moved my property. My computer while still operating and plugged in was lifted 4 feet or more and put on top of the desk. The computer now does not work properly. This man has said he wants to take a screen out of the window and leave a window unlocked at all times in case he forgets his key, he can climb in the window. I am not approving of ANY of this and the other roommate, Dan Costello is not approving of this either.

**DISCLAIMER**
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

**SIGNATURE**
christopher.derosa Date: 2/7/2013

**ATTACHED FILES**
No file(s)

# STATE UNIVERSITY POLICE PURCHASE NEW YORK

## Event Report

### Event Info

#### Basic Info

| | | | |
|---|---|---|---|
| Event No.: | SPU-EV-590-13 | Event Date: | 02/09/2013 03:58 PM |
| Event Disposition: | CLOSED VIA CAD | Created By: | HERNANDEZ, ALBERTO |
| Desk Officer: | HERNANDEZ, ALBERTO, E | Desk Officer Rank: | DISP |
| Desk Officer Serial No.: | | Desk Officer Shield No.: | 304 |
| Received Via: | COMPUTER | Event Type: | ALARM-FIRE |
| Priority: | HIGH PRIORITY | ☐ Is Juvenile | |
| Received Date: | 02/09/2013 03:58 PM | Dispatch Date: | 02/09/2013 03:59 PM |
| Start Time: 04:04 PM | End Time: 04:18 PM | Total Time: | 0:14 |

#### Location

| | | | |
|---|---|---|---|
| Business Name: | | | |
| Address: | PHASE 2 APARTMENTS 735 ANDERSON HILL ROAD PURCHASE, NY 10577 | | |
| City/Town/Village: | TOWN | Nearest Cross Street: | |
| Map: | | Grid: | |
| Latitude: | | Longitude: | |
| ISF: | | Sector: | ON CAMPUS HOUSING |
| Precinct: | | Post: | |
| Coverage Area: | | Jurisdiction: | |
| Common Place Name: | | Between: | And: |

### Officer

| | | | |
|---|---|---|---|
| Name: | JEREMY  DAVIS | Last Rank: | PO |
| Serial No.: | | Shield No.: | 52 |

### Unit

| | | | |
|---|---|---|---|
| Unit Name: | POST 3    Backup | Description: | MOBILE PATROL |
| Unit Type: | MARKED CAR | Department/Agency Name: | SUNY PURCHASE POLICE |

#### Unit History

| | | | |
|---|---|---|---|
| Unit Status: | Dispatch | Status Date/Time: | 2/9/2013 16:02:28 |
| Location: | | Post: | POST 3 |
| Equipment: | | Comment: | |
| Unit Status: | Enroute | Status Date/Time: | 2/9/2013 16:02:38 |
| Location: | | Post: | POST 3 |
| Equipment: | | Comment: | |

| Unit Status: | **Arrive** | Status Date/Time: | **2/9/2013 16:04:28** |
| Location: | **PHASE 2 APARTMENTS** | Post: | **POST 3** |
| Equipment: | | Comment: | |
| Unit Status: | **Cleared** | Status Date/Time: | **2/9/2013 16:18:26** |
| Location: | | Post: | **POST 3** |
| Equipment: | | Comment: | |

**Person**

### Basic Info

| Name: | **EDWARD R MORALES** | Role: | **PERSON INTERVIEWED** |
| Gender: | **M MALE** | Date of Birth: | ▮▮▮▮▮ |
| | | Features | |
| Height: | | Eye Color: | |
| | | Address | |
| Type: | **Home** | Description: | |
| Address: | ▮▮▮▮▮▮▮ | | |
| Type: | **Home** | Description: | |
| Address: | | | |

**Phone Number**

| Type: | **Home** | Description: | |
| Phone Number: | ▮▮▮▮▮▮ | | |
| Type: | **CELL** | Description: | |
| Phone Number: | ▮▮▮▮ | | |

**Narrative**

AHERNANDEZ 2/9/2013 15:59:32

ON 2/9/13 AT 1558 HRS HEADQUARTERS RECEIVED A FIRE ALARM IN PHASE 2 K-1-2 HALLWAY. OFFICER DAVIS DISPATCHED TO THE SCENE. OFFICER DAVIS REPORTS ALARM CAUSED BY SMOKE FROM COOKING. ALARM RESET AT 1615 HRS. ALL CLEAR AT 1615 HRS.
*********************************************

JDAVIS 2/9/2013 16:35:36

ON 2/9/13 AT 1559 HRS, THE WRITER WAS DISPATCHED TO K-1-2 FOR A FIRE ALARM. THE WRITER APPROACHED THE K APARTMENT BUILDING AND MET WITH STUDENTS WHO WERE RESIDENTS OF THE BUILDINGS. THE STUDENTS STATED THAT THE RESIDENT OF K-1 -2 HAD BURNT BREAD BUT HE WAS STILL IN HIS APARTMENT.

THE WRITER KNOCKED ON THE DOOR FOR K-1-2. THE RESIDENT OF THE APARTMENT OPENED THE DOOR SLIGHTLY AND STUCK HIS HEAD IN THE CRACK OF THE DOOR. THE RESIDENT STATED HE HAD BURNT SOME BREAD, AND ASKED IF THE WRITER COULD TURN THE ALARM OFF, THEN WALKED AWAY FROM THE DOOR, ALMOST PUSHING IT CLOSED WHILE WALKING AWAY. THE WRITER ASKED TO COME IN TWICE, WHEN THE RESIDENT FINALLY LET THE WRITER IN. THE WRITER FOLLOWED THE RESIDENT, "IDENTIFIED AS EDWARD MORALES" TO THE KITCHEN WHERE HE STATED HE HAD BURNT BREAD. MORALES THEN REACHED INTO HIS GARBAGE CAN SHOWING THE WRITER A PIECE OF BURNT BREAD. THE WRITER NOTICED THAT THE FAUCET WAS RUNNING, CAUSING STEAM TO RISE TO THE CEILING. THE WRITER ASKED MORALES IF HE COULD TURN THE FAUCET OFF SO THAT IT DOESN'T TRIGGER THE ALARM



AGAIN, BUT MORALES REFUSED STATING THAT "THAT WOULDN'T TRIGGER CARBON MONOXIDE". THE WRITER CALLED HQ, REQUESTING A SILENCE AND RESET FOR THE ALARM. THE WRITER THEN WAITED ABOUT 2 MINUETS FOR A RESET. THE ALARM HAD NOT YET BEEN SILENCED OR RESET, SO THE WRITER CONTACTED HQ TO ASK WHAT THE SITUATION WAS. HQ STATED THAT THERE WAS ANOTHER ALARM IN THE AREA GOING OFF, AND THAT IT COULDN'T BE SILENCED UNTIL THE OTHER ALARM WAS CHECKED OUT.

WHILE WAITING, THE WRITER THEN ATTEMPTED TO COLLECT THE PEDIGREE FROM MORALES. MORALES HANDED THE WRITER HIS MORE CARD, TO WHICH THE WRITER ASKED MORALES IF HE HAD HIS DRIVERS LICENSE. MORALES STATED THAT HE DIDN'T HAVE HIS LICENSE WITH HIM. THE WRITER ASKED MORALES WHAT HIS ADDRESS WAS, TO WHICH MORALES RESPONSE, "HERE, AT PURCHASE". THE WRITER ASKED MORALES WHAT HIS OFF CAMPUS ADDRESS WAS, MORALES STATED THAT HE LIVED HERE. THE WRITER ASKED IF MORALES POSSIBLY HAD AN OUT OF STATE LICENSE, TO WHICH MORALES STATED, "ITS NOT HERE." THE WRITER ASKED MORALES WHERE HIS LICENSE WAS, TO WHICH MORALES STATED "IT DOESN'T MATTER, YOU DON'T NEED IT." AT THIS POINT, MORALES BEGAN TO RAISE HIS VOICE, SHOUTING AT THE WRITER, TELLING THE WRITER "I AM ALREADY SUING YOUR DEPARTMENT, ILL HAVE YOUR JOB AND GET YOU FIRED." AT THIS POINT, MORALES TOLD THE WRITER TO GET OUT. THE ALARM HAD NOT BEEN SILENCED IN THE AREA, AND DUE TO PROTOCOL, THE WRITER WAS NOT ALLOWED TO LEAVE UNTIL THE ALARM WAS SILENCED AND RESET. THE WRITER ADVISED MORALES THAT HE WAS NOT ABLE TO LEAVE YET, AS THE FIRE ALARM HAD NOT YET BEEN SILENCED. MORALES HELD THE DOOR OPEN, TELLING THE WRITER "YOU BETTER LEAVE NOW OR ILL GET YOU FIRED!" THE WRITER AGAIN TOLD MORALES THAT HE WAS NOT LEAVING, AS STATED BY PROTOCOL, UNTIL THE FIRE ALARM WAS RESET. MORALES GOT WITHIN A FEW INCHES OF THE WRITER, FACE TO FACE, WITH HIS HANDS IN FRONT OF HIM, BECOMING VERY DISGRUNTLED. THE WRITER ADVISED MORALES THAT IF GOT ANY CLOSER OR PUT HIS HANDS ON THE WRITER, THAT THE WRITER WOULD HAVE TO PLACE MORALES UNDER ARREST. MORALES THEN REQUESTED TO SPEAK WITH THE WRITERS SGT. THE WRITER LAND-LINED HQ AND REQUESTED TO SPEAK WITH LT. JONES. THE WRITER EXPLAINED THE SITUATION TO LT. JONES, AND WAS ADVISED TO LEAVE THE AREA. THE WRITER TOLD MORALES THAT THE WRITER WOULD BE LEAVING, HOWEVER THE ALARM WOULD STILL BE GOING OFF. MORALES TOLD THE WRITER "ITS OK, YOUR NEW HERE, THEY KNOW ME AT YOUR DEPARTMENT." THE WRITER THEN ASKED HQ IF IT WAS SAFE TO LET THE OTHER RESIDENTS OF THE K APARTMENTS TO ENTER THEIR BUILDINGS. HQ STATED THAT IT WAS INDEED OK FOR THE STUDENTS TO RE-ENTER. THE WRITER LEFT THE K APARTMENT BUILDING, WITH THE FIRE ALARM STILL ACTIVE. SCENE CLEARED AT 1615 HRS.

Approved By:   LT JONES, DARRYL  Shield/Serial No.: 2604 /        Date:    2/10/2013 15:40:30



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 2090    Report Number: 2090

**INCIDENT TYPE**
Verbal/physical abuse

**INCIDENT TOOK PLACE**
Date: 4/3/2013    Time: 08:50 AM
Location: The Hub,Parking & Transportation Rm 1014

**REPORT**
Date Submitted: 4/3/2013  Position: Staff  Filed By: Donna Salter  CID: ▮▮▮▮  Building: ▮▮▮▮
▮▮▮ Room▮  Work Phone  ▮▮▮▮▮▮

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales  CID: 0

**WITNESS TO INCIDENT**
Name: Kyle Saud  CID: ▮  Building▮▮▮▮  Room▮▮▮▮  Work Phone ▮▮▮▮

**POLICE REPORT INFO**
Police Report#:
Name of the officer: Po Roberto Caban

**INCIDENT DESCRIPTION**
Edward Morales came in to the Parking Office this morning at approximately 8:50 a.m. and demanded that the 8:50 a.m. loop stop at Starbucks because he is disabled. I tried to explain that it was an express bus and that there are students coming from the WP train station who need to get to classes on time, but he wouldn't let me finish my conversation. He told me that effective immediately he would make the bus stop from now on. He demanded the telephone number of J & R Tours (which I supplied) and wanted my business card (also supplied). Mr. Morales accused me of being unprofessional and discourteous and that he was going to report me for my behavior. He proceeded to get very loud and disruptive creating a hostile environment in the Parking & Transportation Office. Once he began to get verbally abusive I called UPD to ask for assistance. Mr. Morales heard me on the telephone with the Police and he left the Parking and Transportation office before UPD arrived. He told me that I could send the police to Starbucks if they want to speak to him. Officers Roberto Caban and James McGowan responded and went up the

hall in Campus Center North to speak with Mr. Morales. Kyle Saud (PCA Staff member) and Justin Andrews (student worker) were witness to this gentleman's irate behavior.

**DISCLAIMER**
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

**SIGNATURE**
donna.salter Date: 4/3/2013

**ATTACHED FILES**
File Creation Date: 4/3/2013 11:08:32 AM File Created By: quiqui.balascio
File Description: UPD #1559-13



**Purchase College**
STATE UNIVERSITY OF NEW YORK

Office of the Vice President for Student Affairs

Purchase College
State University of New York
735 Anderson Hill Road
Purchase, NY 10577-1400

Phone (914) 251-6030

**Student Affairs Incident Report**

Incident Number: 2090    Report Number: 2091

**INCIDENT TYPE**
Verbal/physical abuse

**INCIDENT TOOK PLACE**
Date: 4/3/2013    Time: 08:45 AM
Location: Campus Center North,Parking and Transportation Office

**REPORT**
Date Submitted: 4/3/2013   Position: Staff   Filed By: Kyle Saud   CID: ▮▮▮▮   Building: ▮▮▮▮▮
Room: ▮▮    Work Phone ▮▮▮▮▮

**PERSONS ALLEDGLY INVOLVED**
Name: Edward Morales   CID: ▮▮▮

**WITNESS TO INCIDENT**
Name: Justin Andrews   CID: ▮▮▮▮

Name: Donna Salter   CID: ▮ Building ▮▮▮▮   Room ▮▮▮▮▮   Work Phone
▮▮▮▮

**POLICE REPORT INFO**
Police Report#:
Name of the officer: Caban
Police Report#:
Name of the officer: Mcgowan

**INCIDENT DESCRIPTION**
At approximately 8:45AM 04/03/2013, I entered the Parking and Transportation Office to say hello to Donna Salter. When I enter the room, I saw Justin Andrews, Donna Salter, and Edward Morales. Morales was expressing with his frustration with the fact that the express Purchase Loop bus does not stop at Starbucks and was demanding that schedule be changed. Salter explained that at this point in the semester it would be impossible to alter the bus schedule as it would throw off the entire schedule and suggested that Morales place his request in writing. Morales became more

file:///C|/Users/MELISS~1.JON/AppData/Local/Temp/Report.html[4/3/2013 11:45:26 AM]

frustrated stating that the bus schedule will be changed tomorrow because he is disabled. He began raising his voice in frustration. At that point Salter called UPD, Morales then collected Salter's card and said he was going to Starbucks. Caban and McGowan arrived after I had left the scene.

## DISCLAIMER
[x] I understand that I may be required by the College to serve as a hearing witness and agree to do so if requested.
[x] I consent to the release and use of this report and any information relating to it to any officer or agent of the College.
[x] I understand that this report may be accessed by the students named in this report and/or any other individual who is determined to be involved in this alleged incident.

## SIGNATURE
kyle.saud Date: 4/3/2013

## ATTACHED FILES
No file(s)

# STATE UNIVERSITY POLICE PURCHASE NEW YORK

## Event Report

### Event Info

#### Basic Info

| | | | |
|---|---|---|---|
| Event No.: | SPU-EV-1559-13 | Event Date: | 04/03/2013 08:57 AM |
| Event Disposition: | CLOSED VIA CAD | Created By: | ANDUJAR, MERCEDES |
| Desk Officer: | ANDUJAR, MERCEDES | Desk Officer Rank: | DISP |
| Desk Officer Serial No.: | | Desk Officer Shield No.: | 301 |
| Received Via: | LAND LINE | Event Type: | SUSPICIOUS INCIDENT |
| Priority: | MEDIUM PRIORITY | ☐ Is Juvenile | |
| Received Date: | 04/03/2013 08:57 AM | Dispatch Date: | 04/03/2013 08:57 AM |
| Start Time: | 09:03 AM     End Time: 09:07 AM | Total Time: | 0:04 |

### Location

| | | | |
|---|---|---|---|
| Business Name: | | | |
| Address: | CAMPUS CENTER NORTH 735 ANDERSON HILL ROAD PURCHASE, NY  10577 | | |
| City/Town/Village: | | Nearest Cross Street: | |
| Map: | | Grid: | |
| Latitude: | | Longitude: | |
| ISF: | | Sector: | ON CAMPUS HOUSING |
| Precinct: | | Post: | |
| Coverage Area: | | Jurisdiction: | |
| Common Place Name: | | Between: | And: |

### 1. Officer

| | | | |
|---|---|---|---|
| Name: | JAMES  MCGOWAN | Last Rank: | PO |
| Serial No.: | | Shield No.: | 48 |

### 2. Officer

| | | | |
|---|---|---|---|
| Name: | ROBERTO  CABAN | Last Rank: | PO |
| Serial No.: | | Shield No.: | 40 |

### 3. Officer

| | | | |
|---|---|---|---|
| Name: | CHARLES  CANERO | Last Rank: | PO |
| Serial No.: | | Shield No.: | 42 |

### 1. Unit

| | | | |
|---|---|---|---|
| Unit Name: | POST 1          Primary | Description: | FOOT PATROL |
| Unit Type: | PERSON | Department/Agency Name: | SUNY PURCHASE POLICE |

### Unit History

| | | |
|---|---|---|
| Unit Status: | Dispatch | Status Date/Time:   4/3/2013 8:57:28 |

| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |
| Unit Status: | Enroute | Status Date/Time: | 4/3/2013 8:57:32 |
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |
| Unit Status: | Arrive | Status Date/Time: | 4/3/2013 9:02:07 |
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |
| Unit Status: | Cleared | Status Date/Time: | 4/3/2013 9:07:49 |
| Location: | | Post: | POST 1 |
| Equipment: | 7K063/S1/P1/R1 | Comment: | |

**2. Unit**

| Unit Name: | POST 2 | Backup | Description: | MOBILE PATROL |
| Unit Type: | MARKED CAR | | Department/Agency Name: | SUNY PURCHASE POLICE |

**Unit History**

| Unit Status: | Dispatch | Status Date/Time: | 4/3/2013 9:03:21 |
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |
| Unit Status: | Arrive | Status Date/Time: | 4/3/2013 9:03:30 |
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |
| Unit Status: | Cleared | Status Date/Time: | 4/3/2013 9:07:50 |
| Location: | | Post: | POST 2 |
| Equipment: | 7K066 S2/R2/P2 | Comment: | |

**3. Unit**

| Unit Name: | POST 3 | Backup | Description: | MOBILE PATROL |
| Unit Type: | MARKED CAR | | Department/Agency Name: | SUNY PURCHASE POLICE |

**Unit History**

**1. Person**

**Basic Info**

| Name: | DONNA SALTER | Role: | PERSON REPORTING |
| Gender: | F FEMALE | Date of Birth: | |

**Features**

| Height: | | Eye Color: | |

