UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EDWARD MORALES,

                                  Plaintiff,

-v-

SUNY PURCHASE COLLEGE, WESTCHESTER COUNTY
DISTRICT ATTORNEY'S OFFICE, WESTCHESTER
COUNTY, TOWN OF HARRISON, MELISSA JONES,
SHERYL SECOR, ERNIE PALMEIRI, QUI-QUI BALSCIO,
LOIS WALD, DANIELLE DAGOSTO, DAVID MOBLEY
JOHN DOE (PURCHASE COLLEGE POLICE OFFICER),
ANNE MCCALL, SANDEE MAUNG, KYLE SAUD,
LOUISE YELIN, and WALTER BUTLER,

                                  Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

14-CV-8193 (NSR)

**PLEASE TAKE NOTICE** that ROBERT F. MEEHAN, Westchester County Attorney, by Irma W. Cosgriff, Senior Assistant County Attorney, of counsel, hereby appears as counsel to the Westchester County District Attorney's Office and Westchester County, in the above-captioned action.

Dated: October 22, 2014
       White Plains, New York

                                        ROBERT F. MEEHAN
                                        Westchester County Attorney
                                        Attorney for County Defendants
                                        By:
                                        Irma W. Cosgriff (IWC1326)
                                        Sr. Assistant County Attorney
                                        600 Michaelian Office Building
                                        148 Martine Avenue
                                        White Plains, New York 10601
                                        Tel: (914) 995-3577
                                        Fax: (914) 995-3132
                                        iwc1@westchestergov.com