UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD MORALES,<br><br>                            Plaintiff,<br><br>      - against -<br><br>PURCHASE COLLEGE, WESTCHESTER COUNTY D.A.'S OFFICE, WESTCHESTER COUNTY, N.Y., THE TOWN OF HARRISON, N.Y., MELISSA JONES, SHERYL SECOR, QUI-QUI BALASCIO, LOIS WALD, DANIELLE DaGOSTO, DAVIS MOBLEY, JOHN DOE (PURCHASE COLLEGE POLICE OFFICER), ANNE MacCALL (DEAN'S OFFICE), KYLE SAUD, LOUISE YELIN, WALTER BUTLER and SANDEE MAUNG,<br><br>                            Defendants. | **DECLARATION OF SERVICE**<br><br>14 Civ. 8193 (NSR)<br>**(PRO SE)(ECF)** |

        JUDITH M. YOUNG, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

        I am presently employed as a Legal Assistant in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, and attorney for the current State Defendants herein. I am over eighteen years of age and not a party to this action.

        On October 28, 2014, I served a true and correct copy of the **NOTICE OF APPEARANCE** upon the below-listed *plaintiff pro se* by depositing said copy, properly enclosed in a prepaid envelope, into a Post Office Box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271, directed to the below-listed *plaintiff pro se* at the address designated by him within the State of New York for that purpose as follows:

        Mr. Edward Morales
        110 N. 3rd Avenue
        Apt. 2M
        Mt. Vernon, NY 10550

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:      New York, New York
              October 28, 2014

                                                              */s/ Judith M. Young*
                                                             JUDITH M. YOUNG