UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDWARD MORALES,

                Plaintiff,

-against-

PURCHASE COLLEGE, et al.

                Defendants,
-------------------------------------------------------------x

**DECLARATION OF SERVICE**

MONICA CONNELL, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am an Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, and attorney for the current State Defendants herein. I am over eighteen years of age and not a party to this action.

On November 4, 2014, I served a true and correct copy of the Notice of Appearance of Michael Klekman, dated November 4, 2014, upon all parties in the action by filing the same electronically as well as on the below-listed *plaintiff pro se* by United States Mail at the address designated by him within the State of New York for that purpose as follows:

        Mr. Edward Morales
        110 N. 3rd Avenue Apt. 2M
        Mt. Vernon, NY 10550

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       November 4, 2014

                                                  _____
                                                  Monica Connell