UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

EDWARD A. MORALES

                      Plaintiff,

      - against -

1) STATE UNIVERSITY OF NY,
2) THE STATE OF NY ATTORNEY GENERAL'S OFFICE

                      Defendant.
---------------------------------x

14 Civ. 8193 (NSR)

ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION
~~AND TEMPORARY RESTRAINING ORDER~~

Upon the affidavits of __EDWARD MORALES__, ~~sworn to~~ dated the __20th__ day of __Nov__, __2014__, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room __218__, United States Courthouse, 300 Quarropas St., White Plains, ~~500 Pearl Street, in the City, County and~~ State of New York, on __Dec 16, 2014__, at __11:00__ o'clock in the ~~fore~~ fore noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant, during the pendency of this action from __CONTACTING PLAINTIFF'S WITNESS AND/OR ANY OTHER OF THE PLAINTIFF'S WITNESSES__

_____; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from ~~_____~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2014

_____

_____ ; and it is further

ORDERED that ~~security in the amount of $_____ be posted by the plaintiff prior to _____, _____ at _____ o'clock in the _____noon of that day;~~ and it is further

ORDERED that ~~personal~~ Mail service [via certified mail] ~~N~~ of a copy of this order and annexed affidavit upon the defendant or ~~his~~ their counsel on or before ~~_____ o'clock in the ____ noon.~~ Dec. 1, 2014, shall be deemed good and sufficient service thereof, with proof of service filed with the Court. Opposition to this Order to Show Cause shall be served and filed by Dec. 9th, 2014. A reply, if any, shall be served and filed Dec. 15, 2014.

DATED: ~~New York~~ White Plains, New York
        Nov. 25, 2014

ISSUED:   2:50 PM

SO ORDERED.

_____
United States District Judge